De'Marian A. CLEMONS, Plaintiff–Appellant,

v.

Brian WILLIAMS, Sr.; et al., Defendants–Appellees.

No. 12–16792.

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2013.*

Filed April 23, 2013.

De'Marian A. Clemons, Indian Springs, NV, pro se.

Catherine Cortez Masto, Esquire, Attorney General, Clark G. Leslie, Esquire, Deputy Assistant Attorney General, AGNV–Office of the Nevada Attorney General, Carson City, NV, for Defendants–Appellees.

Before: CANBY, IKUTA, and WATFORD, Circuit Judges.

MEMORANDUM **

Nevada state prisoner De'Marian A. Clemons appeals pro se from the district court's judgment dismissing for failure to exhaust administrative remedies his 42

U.S.C. § 1983 action alleging deliberate indifference to serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir.2003). We affirm.

The district court properly dismissed Clemons's action because Clemons did not properly exhaust his administrative remedies. *See Woodford v. Ngo*, 548 U.S. 81, 93–95, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) (proper exhaustion is mandatory and requires adherence to administrative procedural rules).

We do not consider Clemons's allegations concerning retaliation raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n. 2 (9th Cir. 2009) (per curiam).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.